## STRONG *et al. v.* ALLEN.

### (April Term, 1867.)

1. FILING RECORD—*effect of neglect thereof, on writ of error.* The omission to file the transcript of the record in a cause in which a writ of error has been sued out, within the first two days of the term, is not ground for dismissing the suit.

2. RULE TO MAKE RETURN *to writ of error.* But such omission is ground for a rule upon the clerk of the court below to make return to the writ of error.

ON a day subsequent to the second day of the term, it appearing that a writ of error had been sued out in this cause, counsel for the defendant in error moved the court to dismiss the suit because no transcript of the record had been filed.

Per CURIAM: There is no law prescribing the time within which the record must be filed in a cause brought to this court upon writ of error; that subject is regulated by Rule 75. 34 Ill. The omission to file the transcript of the record on or before the second day of the term, as prescribed by that rule, is not ground for a dismissal of the writ; but in such case the defendant in error may ask a rule upon the clerk of the court below to make return to the writ of error.

*Motion to dismiss overruled.*